UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, | ) ) ) |
| Plaintiff, | ) Civil Action No. 3:15-cv-00127-JWD-SCR ) |
| v. | ) ) Judge John W. deGravelles |
| BREAZEALE, SACHSE & WILSON, L.L.P. and CLAUDE F. REYNAUD, JR., | ) ) ) Magistrate Judge Stephen C. Riedlinger |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Second Unopposed Motion to Stay filed by Westport Insurance Corporation ("Westport") and Breazeale, Sachse & Wilson, L.L.P. ("BSW"). The Court has reviewed the motion and finds that the request for a stay is well taken for the reasons stated in the supporting memorandum.

IT IS, THEREFORE, ORDERED AS FOLLOWS:

(1) The Motion to Stay is GRANTED.

(2) This action is STAYED pending a decision on the motion to approve the settlement as to Claude F. Reynaud, Jr. in the two underlying lawsuits, *Official Stanford Investors Committee, et al. v. Adams & Reese, LLP, et al.*, Case No. 3:11-cv-00329-N-BG, and

*Ralph S. Janvey, et al. v. Adams & Reese, LLP*, Case No. 3:12-cv-00495-N-BG, both of which are pending in the United States District Court for the Northern District of Texas.

(3)   The parties shall NOTIFY the Court of any decision on the motion to approve the settlement in the two underlying lawsuits within 30 days of such decision.

ORDER READ, RENDERED and SIGNED this 12 day of February, 2016 at Baton Rouge, Louisiana.

_____
Hon. John W. deGravelles
United States District Court Judge